## KIMBALL v. STATE.
### No. 15878.

Court of Criminal Appeals of Texas.
March 8, 1933.

Otis Rogers, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for passing a forged instrument; punishment being assessed at two years' confinement in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## P. J. KIMBALL, alias R. E. Jackman, appellant, v. STATE of Texas, appellee.
### No. 15879.

Court of Criminal Appeals of Texas.
March 8, 1933.

Otis Rogers, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for forgery; punishment, two years in the penitentiary.

The record is here without a statement of facts or bill of exception. The indictment, the charge of the court, the judgment and sentence being regular, the judgment will be affirmed.

## P. J. KIMBALL, alias R. E. Jackman, appellant, v. STATE of Texas, appellee.
### No. 15880.

Court of Criminal Appeals of Texas.
March 8, 1933.

Otis Rogers, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for forgery; punishment, two years in the penitentiary.

The record is before us without a statement of facts or bill of exception. The indictment, the charge of the court, the judgment and sentence being regular, the judgment will be affirmed.

## CLIFTON v. STATE.
### No. 15876.

Court of Criminal Appeals of Texas.
March 8, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $50, punishment being assessed at confinement in the penitentiary for ten years.

No statement of facts or bills of exception appear in the record. In such condition nothing is presented for review.

The judgment is affirmed.